IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EDWARD H. NETHERLAND | ) |
| | ) |
| v. | ) NO. 3-13-0620 |
| | ) JUDGE CAMPBELL |
| INFINITY AUTO INSURANCE CO., | ) |
| et al. | ) |

ORDER

Pending before the Court is a Motion to Dismiss Without Prejudice (Docket No. 21). The Motion is GRANTED, and Plaintiff's claims against Defendants Infinity Auto Insurance Company and Insurance Services Office, Inc. are DISMISSED without prejudice. Defendant's Motion to Dismiss (Docket No.10) is denied as moot.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE