IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| Edward H. Netherland, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| | ) | |
| vs. | ) | No. 3:13-cv-00620 |
| | ) | Judge Campbell |
| | ) | Magistrate Judge Brown |
| Carfax, Inc., | ) | |
| | ) | |
| Defendant | ) | |

**JOINT MOTION TO RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE**

The Court has set the initial case management conference in this matter for September 16, 2013, at 2:00 p.m.

Attorneys for the parties have conferred and believe there is a distinct likelihood that this matter can be promptly resolved with a minimal degree of active involvement by the Court.

For this reason, the parties jointly move the Court to reschedule the initial case management conference in this cause to November 5, 2013 at 2:00 p.m..

**ORDER
Motion Granted
/S/ Joe B. Brown
JOE B. BROWN
Magistrate Judge**

1