UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

|  |  |  |
|---|---|---|
| EDWARD H. NETHERLAND | ) | |
| | ) | |
| v. | ) | NO. 3:13-0620 |
| | ) | JUDGE CAMPBELL |
| CARFAX, INC. | ) | |

ENTRY OF JUDGMENT

      Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 10/30/2013.

      KEITH THROCKMORTON, CLERK
      s/Elaine J. Hawkins, Deputy Clerk